Matthew D. Murphey (SBN 194111)
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 622-2756
Facsimile: (949) 622-2739
E-mail: matt.murphey@troutmansanders.com

Attorneys for Defendant and Counterclaimant
THE ACTIVE NETWORK, INC.

L. Eric Loewe (SBN 203490)
INTERNET PATENTS CORPORATION
10850 Gold Center Dr., Suite 250B
Rancho Cordova, CA 95670
Telephone: (916) 853-1529
Facsimile: (916) 631-0846
E-mail: EricLoewe@internetpatentscorporation.net

Michael P. Adams (Admitted *Pro Hac Vice*)
Brian L. King (Admitted *Pro Hac Vice*)
WINSTEAD
401 Congress Avenue, Suite 2100
Austin, TX 78701
Telephone: (512) 370-2800
Facsimile: (512) 370-2850
E-mail: bking@winstead.com
E-mail: madams@winstead.com

Attorneys for Plaintiff and Counterdefendant
INTERNET PATENTS CORPORATION f/k/a
INSWEB CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNET PATENTS CORPORATION, f/k/a INSWEB CORPORATION,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>THE ACTIVE NETWORK, INC.,<br><br>Defendant and Counterclaimant. | Case No.: 12-CV-05035-JSW<br><br>HONORABLE JEFFREY S. WHITE<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

TROUTMAN SANDERS LLP
5 PARK PLAZA, STE. 1400
IRVINE, CA 92614

20274563v1

1

PROPOSED ORDER
CASE NO. 12-CV-05035

1   Upon consideration of the parties' stipulation to continue the Case Management
2   Conference, the Court orders as follows:
3   The Case Management Conference currently scheduled for March 8, 2013 is continued to
4   ~~a date to be determined by the Court, but no earlier than March 22, 2013.~~ April 12, 2013 at 1:30 p.m.
5   PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __February 6__, 2013  _____
HONORABLE JEFFREY S. WHITE

TROUTMAN SANDERS LLP
5 PARK PLAZA, STE. 1400
IRVINE, CA 92614

20274563v1

2

~~PROPOSED~~ ORDER
CASE NO. 12-CV-05035