Michael P. Adams
Admitted *pro hac vice*
Texas State Bar No. 00872050
Brian L. King
Admitted *pro hac vice*
Texas State Bar No. 24055776
Winstead PC
401 Congress Avenue
Austin, TX 78701
(512) 370-2858
(512) 370-2850 (Fax)
madams@winstead.com
bking@winstead.com

L. Eric Loewe
California State Bar No. 203490
Internet Patents Corporation
10850 Gold Center Dr. Suite 250B
Rancho Cordova, CA 95670
(916) 853-1529
(916) 631-0846 (Fax)
EricLoewe@internetpatentscorporation.net

Attorneys for Plaintiff Internet Patents Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNET PATENTS CORPORATION,<br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>THE ACTIVE NETWORK, INC.<br>Defendant and Counterclaim Plaintiff. | Case No. 12-CV-05035-JSW<br><br>**ANSWER TO COUNTERCLAIMS**<br><br>**JURY DEMANDED** |

Plaintiff Internet Patents Corporation, f/k/a Insweb Corporation ("Plaintiff" or "IPC"), files this Answer to Defendant The Active Network, Inc.'s ("Defendant" or "Active Network") Counterclaims. All allegations of Defendant not specifically admitted or specifically responded to by IPC are denied.

**AFFIRMATIVE DEFENSES**

15. IPC denies the allegations in Paragraph 15 of Defendant's Affirmative Defenses.

16. IPC denies the allegations in Paragraph 16 of Defendant's Affirmative Defenses.

17. IPC denies the allegations in Paragraph 17 of Defendant's Affirmative Defenses.

18. IPC denies the allegations in Paragraph 18 of Defendant's Affirmative Defenses.

19. IPC denies the allegations in Paragraph 19 of Defendant's Affirmative Defenses.

20. IPC denies the allegations in Paragraph 20 of Defendant's Affirmative Defenses.

21. IPC denies the allegations in Paragraph 21 of Defendant's Affirmative Defenses.

22. IPC denies the allegations in Paragraph 22 of Defendant's Affirmative Defenses.

23. IPC denies the allegations in Paragraph 23 of Defendant's Affirmative Defenses.

24. IPC denies the allegations in Paragraph 24 of Defendant's Affirmative Defenses.

25. IPC denies the allegations in Paragraph 25 of Defendant's Affirmative Defenses.

26. IPC denies the allegations in Paragraph 26 of Defendant's Affirmative Defenses.

27. IPC denies the allegations in Paragraph 27 of Defendant's Affirmative Defenses.

28. IPC denies the allegations in Paragraph 28 of Defendant's Affirmative Defenses.

29. IPC denies the allegations in Paragraph 29 of Defendant's Affirmative Defenses.

30. IPC denies the allegations in Paragraph 30 of Defendant's Affirmative Defenses.

31. IPC denies the allegations in Paragraph 31 of Defendant's Affirmative Defenses.

32. IPC denies the allegations in Paragraph 32 of Defendant's Affirmative Defenses.

33. IPC denies the allegations in Paragraph 33 of Defendant's Affirmative Defenses.

## PARTIES, JURISDICTION AND VENUE

34. IPC is without knowledge or information sufficient to admit or deny the allegations of Paragraph 34 of Defendant's Counterclaims.

35. IPC admits the allegations in Paragraph 35 of Defendant's Counterclaims.

36. IPC admits the allegations in Paragraph 36 of Defendant's Counterclaims.

37. IPC admits the allegations in Paragraph 37 of Defendant's Counterclaims.

## BACKGROUND

38. Paragraph 38 of Defendant's Counterclaims repeats the allegations made in IPC's Original Complaint to which IPC admits.

39. Paragraph 39 of Defendant's Counterclaims repeats the allegations made in IPC's Original Complaint to which IPC admits.

40. IPC denies the allegations in Paragraph 40 of Defendant's Counterclaims.

41. IPC denies the allegations in Paragraph 41 of Defendant's Counterclaims.

## FIRST CLAIM FOR RELIEF

**(Declaratory Judgment of Non-Infringement of the '505 Patent)**

42. Paragraph 42 of Defendant's Counterclaims purports to repeat and reallege paragraphs 1 through 41 of its Counterclaims. IPC repeats and realleges its foregoing responses to paragraphs 1 through 41 of Defendant's Counterclaim as if fully set forth herein.

43. IPC denies the allegations in Paragraph 43 of Defendant's Counterclaims.

44. IPC denies the allegations in Paragraph 44 of Defendant's Counterclaims.

**<u>SECOND CLAIM FOR RELIEF</u>**

**(Declaratory Judgment of Invalidity of the '505 Patent)**

45. Paragraph 45 of Defendant's Counterclaims purports to repeat and reallege paragraphs 1 through 44 of its Counterclaims. IPC repeats and realleges its foregoing responses to paragraphs 1 through 44 of Defendant's Counterclaims as if fully set forth herein.

46. IPC denies the allegations in Paragraph 46 of Defendant's Counterclaims.

47. IPC denies the allegations in Paragraph 47 of Defendant's Counterclaims.

**<u>DEFENDANT'S DEMAND FOR JUDGMENT</u>**

IPC denies that Defendant is entitled to the relief requested in Paragraphs A - E of the "Demand For Judgment" following its Counterclaims or any other relief on its Counterclaims.

**<u>AFFIRMATIVE DEFENSES</u>**

As affirmative defenses, IPC alleges as follows:

**FIRST AFFIRMATIVE DEFENSE**

Defendant has failed to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Defendant has failed to state facts and/or a legal basis sufficient to permit recovery of its attorneys' fees and/or expenses incurred in connection with this suit.

**OTHER AFFIRMATIVE DEFENSES**

IPC hereby gives notice that it intends to rely upon any other defense that may become available in this case and hereby reserves the right to amend this Reply to assert any such defense.

**PRAYER FOR RELIEF**

WHEREFORE, IPC prays for the following relief on Defendant's Counterclaims:

A. that all relief requested by IPC in its Complaint be granted;

B. that all relief requested by Defendant's Answer and Counterclaims be denied and that Defendant take nothing by way of its Counterclaims;

C. that Defendant be ordered to pay the costs of this action (including all disbursements) and attorneys' fees as provided by 35 U.S.C. § 285 and all other applicable statutes, rules, and common law; and

D. such other and further relief as the Court deems just and equitable.

**DEMAND FOR JURY TRIAL**

IPC demands a trial by jury of any and all issues triable of right before a jury.

Dated: February 15, 2013

Respectfully submitted,

By: /s/ Michael P. Adams

Michael P. Adams
Admitted *pro hac vice*
Texas State Bar No. 00872050
Brian L. King
Admitted *pro hac vice*
Texas State Bar No. 24055776
Winstead PC
401 Congress Avenue
Austin, TX 78701
(512) 370-2858
(512) 370-2850 (Fax)
madams@winstead.com

L. Eric Loewe
California State Bar No. 203490
Internet Patents Corporation
10850 Gold Center Dr. Suite 250B
Rancho Cordova, CA 95670
(916) 853-1529
(916) 631-0846 (Fax)
EricLoewe@internetpatentscorporation.net

**ATTORNEYS FOR PLAINTIFF**
**INTERNET PATENTS CORPORATION**

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic copies will be sent by e-mail to those indicated as non-registered participants on February 15, 2013.

By: ___/s/ Michael P. Adams____________