| | |
|---|---|
| Michael P. Adams (admitted *pro hac vice*) | Edward V. Anderson, (Cal. Bar No. 83148) |
| Brian L. King (admitted *pro hac vice*) | Deepali A. Brahmbhatt, (Cal. Bar No. 255646) |
| WINSTEAD PC | SHEPPARD, MULLIN, RICHTER & |
| 401 Congress Ave., Suite 2100 | HAMPTON LLP |
| Austin, TX 78701 | 379 Lytton Avenue |
| (512) 370-2858 / (512) 370-2850 (Fax) | Palo Alto, California 94301-1479 |
| Email: madams@winstead.com | (650) 815-2600 / (650) 815-2601 (Fax) |
| Email: bking@winstead.com | Email: evanderson@sheppardmullin.com |
| | Email: dbrahmbhatt@sheppardmullin.com |
| Joseph A. Greco (Cal. Bar No. 104476) | Stephen S. Korniczky, (Cal. Bar No. 135532) |
| Justin T. Beck (Cal. Bar No. 53138) | William J. Blonigan, (Cal. Bar No. 250961) |
| Kimberly P. Zapata (Cal. Bar No. 138291) | SHEPPARD, MULLIN, RICHTER & |
| Beck Ross Bismonte Finley LLP | HAMPTON LLP |
| 150 Almaden Boulevard, 10th Floor | 12275 El Camino Real, Suite 200 |
| San Jose, CA 95113 | San Diego, CA 92130 |
| (408) 938-7900 / (408) 938-0790 (Fax) | (858) 720-8900 / (858) 509-3691 (Fax) |
| Email: jgreco@beckross.com | Email: skorniczky@sheppardmullin.com |
| Email: jbeck@beckross.com | Email: wblonigan@sheppardmullin.com |
| Email: kzapata@beckross.com | |
| | ***Attorneys for Defendant Tree.com, Inc.*** |
| L. Eric Loewe (Cal. State Bar No. 203490) | |
| Internet Patents Corporation | |
| 18050 Gold Center Dr. Suite 250B | |
| Rancho Cordova, CA 95670 | |
| (916) 853-1529 / (916) 631-0486 (Fax) | |
| Email: EricLoewe@internetpatentscorporation.net | |

***Attorneys for Plaintiff Internet Patents Corp.***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNET PATENTS CORPORATION, f/k/a INSWEB CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TREE.COM, INC.<br><br>Defendant. | Case No. 3:12-cv-06505-JSW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND RESPONSE AND REPLY TO DEFENDANT'S MOTION TO DISMISS** AS MODIFIED<br><br>The Hon. Jeffrey S. White<br>United States District Judge<br><br>Date: July 26, 2013<br>Time: 9:00 a.m.<br>Crtrm: 11 |

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND RESPONSE AND REPLY TO DEFENDANT'S MOTION TO DISMISS - CASE NO. 3:12-cv-06505-JSW

-1-

1  WHEREAS, on June 25, 2013, the parties entered into a Stipulation allowing Plaintiff Internet Patents Corporation's ("Plaintiff") an extension of time to respond to Defendant Tree.com, Inc.'s ("Defendant") Motion to Dismiss Plaintiff's Claim for Willful Infringement for Failure to State a Claim [Doc. No. 33] ("Motion to Dismiss"), and for good cause appearing, the Court orders as follows: Plaintiff will file its response to Defendant's Motion to Dismiss by July 12, 2013 and Defendants will file its Reply by July 19, 2013.

IT IS SO ORDERED:

DATED: June 26, 2013

_____
Honorable Jeffrey S. White
United States District Judge

In order to afford the Court sufficient time to review the parties' submissions, the Court CONTINUES the hearing to the next available hearing date of October 4, 2013 at 9:30 a.m. The hearings in motions pending in related cases 12-5036 and 12-6506 are also CONTINUED.

Should the Court find the motions appropriate for decision on the papers, it shall issue an order in advance of the hearing date.

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND RESPONSE AND REPLY TO DEFENDANT'S MOTION TO DISMISS - CASE NO. 3:12-cv-06505-JSW

-2-